**Albert B. CRAIG et al., Appellants, v. UNITED STATES of America.**

**No. 9310.**

Circuit Court of Appeals, Third Circuit.

Argued April 8, 1947.

Decided June 11, 1947.

James M. Houston, of Pittsburg, Pa., for appellants.

Frederic G. Rita, Sp. Asst. to Atty. Gen., (Sewall Key, Acting Asst. Atty. Gen., and Charles F. Uhl, U. S. Atty., of Pittsburg, Pa., on the brief), for appellee.

Before GOODRICH, McLAUGHLIN, and KALODNER, Circuit Judges.

PER CURIAM.

This is a tax case but has no disputed problem of tax law. A testator set up certain trusts in his will. The parties agree on the rule which is applicable if the testator directed the payment of certain legacies out of principal if income was insufficient. The will presents difficulties; otherwise the parties would not have had to litigate the question. We are satisfied with the conclusion reached by the District Court, 69 F.Supp. 229.

Affirmed.

**DUNCAN METER CORP. and Samuel Lee Miller, Appellants, v. M. H. RHODES, Inc.**

**No. 9338.**

Circuit Court of Appeals, Third Circuit.

Argued May 22, 1947.

Decided June 12, 1947.

Clarence J. Loftus, of Chicago, Ill. (C. Edward Duffy, of Wilmington, Del., on the brief), for appellants.

T. Clay Lindsey, of Hartford, Conn. (Marvel & Morford, of Wilmington, Del., on the brief), for appellee.

Before MARIS, McLAUGHLIN, and KALODNER, Circuit Judges.

PER CURIAM.

For the reasons ably stated in the opinion of Judge Leahy, 68 F.Supp. 89, the judgment of the district court will be affirmed.

**Iona GILBERT, Libellant, v. The Gas Screw THE LONE RANGER, etc., et al., Appellant.**

**No. 9319.**

Circuit Court of Appeals, Third Circuit.

Argued June 3, 1947.

Decided June 16, 1947.

Edward I. Baker, of Atlantic City, N. J., for appellant.

Emerson L. Richards, of Atlantic City, N. J. (Lawrence Milton Freed, of Atlantic City, N. J., on the brief), for respondent.

Before BIGGS, McLAUGHLIN, and O'CONNELL, Circuit Judges.

PER CURIAM.

The decree of the District Court is affirmed.